JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID SILVER**, <br><br> Plaintiff, <br><br> v. <br><br> **HAMRICK & EVANS, LLP,** <br><br> Defendant. | Case No. CV 18-6947 DMG (JCx) <br><br> **JUDGMENT** |

The Court having granted Defendant Hamrick & Evans, LLP's Motion to Dismiss, with prejudice, by order dated January 4, 2019 [Doc. # 25],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

DATED: January 4, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-